(INND Rev. 1/21) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

**FILED**
JAN 24 2022
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Joshua Darrell Scully,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

City of Michigan City Street dpt,
*[The DEFENDANT is who you are suing.]*

Amended Complaint

Case Number: 3:21-CV-973 RLM-MGG
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 812 Emily St, Michigan City, In, 46360

2. My telephone number is: (219) 561-9669

3. The Defendant's address is: 1801 Kentucky St, Michigan City, In, 46360

4. This action is brought for employment discrimination pursuant to:

   ◯ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   *[race, color, gender, religion, national origin]*

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ⬤ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 7-12-2021

6. The date on my Notice of Right to Sue letter is: N/A

7. The date I received my Notice of Right to Sue letter was: 9-22-2021

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. The supervisor and co-workers described my symtoms of my schizopherenia in their complaints. My supervisor also said "I'm not even sure if you knew where you were" during my termination wich indicates that he knew that I had a disability. Instead of accomodating me for my disability he terminated me. I was fully aware about where I was at so my supervisor insulted me about my mental illness wich is not retardation, but is schizophrenia, psychosis, hallucinations, delusions, asthma, atrial septal defect, manic symptoms and depression. To verify my disabilities please review review my medical history from Swanson Center that I have attached with this amended complaint wich is pages 2, 5, 6, 8, and 10 and their is a second attachment that proves my disabilities wich is pages 1-3. The supervisor opinion about me being concerned for my safety is false there were no injuries that occured, I did not threatened anybody, or put anyone life in danger. I also did not get injured while working.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Pay 75,000.00 (seventy five thousand dollars for lost wages, discrimination, wrongful termination and ~~emotional~~ emotional distress.

**DOCUMENTS** – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

● Notice of Right to Sue letter

○ Other: Medical records to prove my disabilities

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

JS  I will keep a copy of this complaint for my records.
JS  I will promptly notify the court of any change of address.
JS  I declare **under penalty of perjury** that the statements in this complaint are true.

_____  01-18-2022
Signature                   Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]