UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSHUA D. SCULLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO:  3:21-cv-973-RLM-MGG |
| | ) |
| CITY OF MICHIGAN CITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Comes now the Pro Se Plaintiff, Joshua D. Scully, and comes now Defendant, City of Michigan City, by counsel, and file their Stipulation of Dismissal.

The Court, being duly advised in the premises, now **ORDERS, ADJUDGES AND DECREES** that this cause should be, and the same is hereby **DISMISSED** as to these Defendants, with prejudice.  Costs paid.

Date:  10/27/2022          s/Michael G. Gotsch, Sr.
                           Judge, United State District Court
                           Northern District/South Bend Division

Copies To:
Jon S. Diston
Joshua D. Scully